IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00410-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     EVERETT ALARCON,

      Defendant.

---

**ORDER AND NOTICE OF CHANGE OF PLEA HEARING**

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#11)** on November 2, 2007. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **Monday, January 7, 2008,** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The motions hearing set for November 19, 2007, final trial preparation conference set for December 6, 2007, and the December 10, 2007, trial date are **VACATED**.

DATED this 5th day of November, 2007.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge